Ronald R. JOHNSON, doing business as Information Exchange Systems, successor in interest to Information Exchange Systems, Inc. Appellant,

v.

U.S. BANK N.A., formerly known as First Bank N.A.; Oppenheimer, Wolff & Donnelly, L.L.P.; Faegre & Benson, L.L.P. Appellees.

No. 03–2717.

United States Court of Appeals, Eighth Circuit.

Submitted April 1, 2004.

Decided April 6, 2004.

Ronald R. Johnson, Excelsior, MN, pro se.

Thomas L. Nuss, Dorsey & Whitney, Jeffrey J. Bouslog, Andrew S. Hansen, Oppenheimer & Wolff, James Anderson O'Neal, Amy R. Freestone, Faegre & Benson, Minneapolis, MN, for Defendants–Appellees.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Ronald Johnson appeals the district court's [1] adverse grant of summary judgment in his action relating to the sale and foreclosure of loans his companies had obtained. Upon de novo review, *see Roeder v. Metro. Ins. & Annuity Co.,* 236 F.3d 433, 436 (8th Cir.2001), we conclude that the district court properly granted summary judgment to defendants, because Mr. Johnson's claims were either time-barred or without support. We note that Mr. Johnson agreed to the stay of discovery and did not seek a continuance or file an affidavit describing specific facts further discovery would reveal. *See Dulany v. Carnahan,* 132 F.3d 1234, 1238 (8th Cir. 1997).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.